# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **TERRY FABRICANT individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC D/B/A THE INJURY HELP NETWORK**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-04264-FLA-MAA |

## AFFIDAVIT OF SERVICE

I, Charles Geurin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Sunset West Legal Group, PC in Los Angeles County, CA on May 28, 2024 at 10:14 am at 10880 Wilshire Boulevard, Suite 2100, Los Angeles, CA 90024 by leaving the following documents with Sophia Mateo who as Manager is authorized by appointment or by law to receive service of process for Sunset West Legal Group, PC.

SUMMONS, CIVIL COVER SHEET, COMPLAINT


Additional Description:
She said she is authorized to accept the document.

Hispanic or Latino Female, est. age 25-34, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.0588425,-118.4427895
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Los Angeles County   ,    CA    on    5/29/2024   .

/s/ *Charles Geurin*

Charles Geurin - +1 (323) 847-7533
Registration No.: Reg#2021102248
Registration County: Los Angeles County, CA





Exhibit 1b)