UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **TERRY FABRICANT individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC D/B/A THE INJURY HELP NETWORK** <br><br> *Defendant* | Civil Action No. 2:24-cv-04264-FLA-MAA |

## AFFIDAVIT OF SERVICE

I, Braedon Stone, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Quintessa LLC in Oklahoma County, OK on May 28, 2024 at 1:38 pm at 1900 Northwest Expressway, Suite 1600, Oklahoma City, OK 73118 by leaving the following documents with James Walker who as HR Director is authorized by appointment or by law to receive service of process for Quintessa LLC.

SUMMONS, CIVIL COVER SHEET, AND COMPLAINT FOR INJUNCTION AND DAMAGES

Additional Description:
Delivered to HR Director.

Black or African American Male, est. age 25-34, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=35.5221326342,-97.5460139937
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Cleveland County_ ,

_OK_ on _5/28/2024_ .

/s/ *Braedon Stone*

Braedon Stone - +1 (405) 441-6672
Registration No.: PSS-2021-67
Registration County: Oklahoma County

