**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TERRY FABRICANT

PLAINTIFF(S)

v.

SUNSET WEST LEGAL GROUP, PC, et al.

DEFENDANT(S).

CASE NUMBER:

2:24−cv−04264−FLA−MAA

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 06/18/2024 | 16 | Stipulation Extension of Time to File Response |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

   Refer to CM/ECF No. 17.

Dated:      06/21/2024

By: _____
United States District Judge