**GREENSPOON MARDER LLP**
Marie L. Wrighten (CA Bar No. 167221)
marie.wrighten@gmlaw.com
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 323.880.4520
Fax: 954.771.9264

*Attorneys for Defendants*
*Sunset West Legal Group, PC*
*and Quintessa LLC d/b/a The*
*Injury Help Network*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC D/B/A THE INJURY HELP NETWORK<br><br>Defendants. | CASE NO.: 2:24-CV-04264-FLA-MAA<br><br>**AMENDED JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS PURSUANT TO LOCAL RULE 8-3**<br><br>Complaint served: May 28, 2024<br><br>Current response date: June 18, 2024<br><br>New response date: July 18, 2024 |

GREENSPOON MARDER
1875 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA  90067
TEL:  323.880.4520

AMENDED JOINT STIPULATION TO EXTEND DEFENDANTS'
TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS

WHEREAS, on May 22, 2024, Plaintiff TERRY FABRICANT ("Plaintiff") filed his Complaint in this action against Defendants SUNSET WEST LEGAL GROUP PC and QUINTESSA LLC D/B/A THE INJURY NETWORK ("Defendants");

WHEREAS, on May 28, 2024, Plaintiff served copies of the Summonses and Complaint on both Defendants;

WHEREAS, pursuant to Fed. R. Civ. 12(a), Defendants' responses to the Complaint are due on or before June 18, 2024;

WHEREAS, Defendants requested, and Plaintiff has agreed to, a thirty (30) day extension of time pursuant to Local Rule 8-3 for Defendants to respond to the Complaint to allow Defendants and their counsel additional time to investigate the allegations and applicable defenses and to prepare adequate responses.

NOW, THEREFORE, by and through their respective counsel of record, Plaintiff and Defendants hereby stipulate and agree that Defendants' responses to Plaintiff's Complaint in this case will be due by July 18, 2024.

IT IS SO STIPULATED.

Dated: June 24, 2024                    OLIVER LAW CENTER, INC.

                                        By: /s/Dan J. Oliver
                                        Dan J. Oliver (Cal. Bar No. 291082)
                                        8780 19th Street #559
                                        Rancho Cucamonga, CA 91701
                                        dana@danoliverlaw.com
                                        Tel. 855-384-3262

                                        *Attorney for Plaintiff Terry Fabricant*

Dated: June 24, 2024                    GREENSPOON MARDER LLP

                                        By: /s/ Marie L. Wrighten
                                        Marie L. Wrighten (CA Bar No. 167221)
                                        marie.wrighten@gmlaw.com
                                        1875 Century Park East, Suite 1900
                                        Los Angeles, CA 90067
                                        Tel: 323.880.4520

                                        *Attorneys for Defendants Sunset West Legal Group, PC and Quintessa LLC d/b/a The Injury Help Network*

GREENSPOON MARDER
1875 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067
TEL: 323.880.4520

AMENDED JOINT STIPULATION TO EXTEND DEFENDANTS'
TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS
1

## SIGNATURE ATTESTATION

Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

June 24, 2024                              By: *Marie L. Wrighten*
                                                   Marie L. Wrighten

## CERTIFICATE OF SERVICE

I hereby certify that, on June 24, 2024, a true and correct copy of the foregoing document was filed with the Court's CM/ECF System, which will automatically generate and send by e-mail a notice of electronic filing to all counsel of record, which constitutes proof of service for individuals so served.

                                                   By: *Marie L. Wrighten*
                                                        Marie L. Wrighten

57905876v1

GREENSPOON MARDER
1875 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067
TEL: 323.880.4520

AMENDED JOINT STIPULATION TO EXTEND DEFENDANTS'
TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS
2