Name and address:

Jeffrey Gilbert, Esq.
Greenspoon Marder, LLP
600 Brickell Avenue, Ste 3600
Miami, FL 33131

Sharon A. Urias, Esq.
Greenspoon Marder, LLP
1875 Century Park East, Suite 1900
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Terry Fabricant

Plaintiff(s)

v.

Sunset West Legal Group, PC and Quintessa LLC d/b/a The Injury Help Network

Defendant(s).

CASE NUMBER

2:24-cv-04264-FLA-MAA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gilbert, Jeffrey C.     of   Greenspoon Marder LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     600 Brickell Avenue, 36th Floor
305-789-2761     Miami, FL  33131
*Telephone Number*  *Fax Number*
jeffrey.gilbert@gmlaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Sunset West Legal Group, PC and Quintessa, LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Urias, Sharon A.     of   Greenspoon Marder LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     1875 Century Park East, Ste 1900
180642     (480)306-5458     Los Angeles CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
sharon.urias@gmlaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**