# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT<br><br>PLAINTIFF(S)<br>v.<br>SUNSET WEST LEGAL GROUP, PC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−04264−FLA−MAA<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 07/17/2024 | 20 | Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 07/19/2024

By: _____
United States District Judge

G-112B (08/22)    ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT