# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT<br><br>PLAINTIFF(S)<br>v.<br>SUNSET WEST LEGAL GROUP, PC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−04264−FLA−MAA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 07/18/2024 | 23 | Re: Motion to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☒ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 07/19/2024                                                    By: _____
                                                                                     United States District Judge