**Name and address:**

| | |
|---|---|
| Jeffrey Gilbert, Esq. | Sharon A. Urias, Esq. |
| Greenspoon Marder, LLP | Greenspoon Marder, LLP |
| 600 Brickell Avenue, Ste 3600 | 1875 Century Park East, Suite 1900 |
| Miami, FL 33131 | Los Angeles, CA 90067 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Terry Fabricant

Plaintiff(s)

v.

Sunset West Legal Group, PC and Quintessa LLC d/b/a The Injury Help Network

Defendant(s).

**CASE NUMBER**

2:24-cv-04264-FLA-MAA   [22]

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gilbert, Jeffrey C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

305-789-2761
*Telephone Number*      *Fax Number*

jeffrey.gilbert@gmlaw.com
*E-Mail Address*

of

Greenspoon Marder LLP
600 Brickell Avenue, 36th Floor
Miami, FL 33131

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Sunset West Legal Group, PC and Quintessa, LLC
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel

Urias, Sharon A.
*Designee's Name (Last Name, First Name & Middle Initial)*

180642      (480)306-5458
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

sharon.urias@gmlaw.com
*E-Mail Address*

of

Greenspoon Marder LLP
1875 Century Park East, Ste 1900
Los Angeles CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated 07/19/2024

_____
United States District Judge