**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY FABRICANT | CASE NUMBER: |
| PLAINTIFF(S) | 2:24−cv−04264−FLA−MAA |
| v. | |
| SUNSET WEST LEGAL GROUP, PC, et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 07/18/2024 | 23 | RE: Motion to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated:      07/22/2024                    By: _____
                                              United States District Judge