SHARON A. URIAS (SBN 180642)
sharon.urias@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 480.306.5458

JEFFREY GILBERT (*admitted pro hac vice*)
jeffrey.gilbert@gmlaw.com
600 Brickell Avenue, Suite 3600
Miami, FL 33131
Tel. 305.789.2761

*Attorneys for Defendant Quintessa LLC
d/b/a The Injury Help Network*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC d/b/a THE INJURY HELP NETWORK,<br><br>Defendants. | Case No.: 2:24-cv-04264-FLA-MAA<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANT QUINTESSA LLC d/b/a THE INJURY HELP NETWORK'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

1. The undersigned, counsel of record for Defendant Quintessa LLC d/b/a The Injury Help Network ("Quintessa"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION |
|---|---|
| Terry Fabricant | Plaintiff |
| Sunset West Legal Group, PC | Defendant |
| Quintessa LLC d/b/a The Injury Help Network | Defendant |

2. Pursuant to Federal Rule of Civil Procedure 7.1, Quintessa discloses that it is a non-governmental corporate entity that does not have a parent corporation, and no publicly held corporation owns 10% or more of stock in Quintessa.

A supplemental disclosure statement(s) will be filed upon any change in the information provided herein.

Dated: July 23, 2024                           Respectfully Submitted,

**GREENSPOON MARDER LLP**

 /s/ Jeffery Gilbert
Sharon A. Urias
Jeffrey Gilbert (*admitted pro hac vice*)

*Attorneys for Defendant Quintessa LLC d/b/a The Injury Help Network*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

  /s/ Marlee Grayson