| | |
|---|---|
| 1 | Dana J. Oliver, Esq. (SBN: 291082) |
| 2 | dana@danaoliverlaw.com |
|  | OLIVER LAW CENTER, INC. |
| 3 | 8780 19th Street #559 |
| 4 | Rancho Cucamonga, CA 91701 |
|  | (855) 384-3262 |
| 5 | |
| 6 | Attorney for Plaintiff and Putative Class |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC<br>and<br>QUINTESSA LLC D/B/A THE INJURY HELP NETWORK<br><br>Defendants. | Case No. 2:24-cv-04264-FLA-MAA<br><br>**UNOPPOSED ADMINISTRATIVE NOTICE OF MOTION AND MOTION TO APPEAR VIRTUALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11, Plaintiff Terry Fabricant files this unopposed administrative motion to appear virtually at the Initial Case Management Conference. With respect to good cause, counsel for the parties state that lead counsel in this matter for the Plaintiff, Andrew Roman Perrong, is from Pennsylvania and that counsel for the Plaintiff has a court hearing

scheduled in Texas the day before, in addition to planned air travel the evening of the 30th to meet in person with multiple clients. However, the Plaintiff's counsel would be able to appear at the date and time scheduled for a virtual appearance. Plaintiff's counsel also understands that lead trial counsel for the Defendant will also be travelling on pre-paid travel, and another participating trial attorney from his law firm will participate at the Conference. As such, if the Court would permit a virtual appearance, the parties would not be required to request a continuance of the date.

### **SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from each of the other signatories.

### **LOCAL RULE 7-3 STATEMENT**

This unopposed motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 15, 2024.

### **CERTIFICATE OF SERVICE**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on August 15, 2024.

RESPECTFULLY SUBMITTED AND DATED this 15th day of August, 2024

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong (*PHV*)
a@perronglaw.com
PERRONG LAW, LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Telephone:  (215)225-5529 (CALL-LAW)
Facsimile:  (888)329-0305

*Attorney for Plaintiff and the Proposed Class*