1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC<br>and<br>QUINTESSA LLC D/B/A THE INJURY HELP NETWORK<br><br>Defendants. | Case No. 2:24-cv-04264-FLA-MAA<br><br>**PROPOSED ORDER ON UNOPPOSED ADMINISTRATIVE NOTICE OF MOTION AND MOTION TO APPEAR VIRTUALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE** |

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED that the Plaintiff's Motion to Appear Virtually is GRANTED. Counsel for Plaintiff shall call _____ to appear virtually at the initial case management conference

*BY THE COURT:*

_____
J.