# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT<br><br>Plaintiff(s),<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–04264–FLA–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __8/16/2024__

Document No.:  __35__

Title of Document:  __misc: Report by plaintiff__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Joint Report Rule 26(f) Discovery Plan

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 19, 2024_     By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**