UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC d/b/a THE INJURY HELP NETWORK,<br><br>Defendants. | Case No.: 2:24-cv-04264-FLA-MAA<br><br>**[PROPOSED] PROTECTIVE ORDER** |

This cause is before the Court on the Joint Stipulation for Confidentiality and Proposed Protective Order. The Court concludes that a protective order is appropriate in this case. Pursuant to Fed. R. Civ. P. 26(c), a Court may enter a protective order upon motion of a party "for good cause." Based upon the pleadings, the Court finds:

1. This case involves the disclosure of proprietary information.

2. A protective order is needed to expedite the flow of discovery material, preserve the integrity of truly confidential information, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material worthy or protection.

3. A protective order is necessary because a document-by-document review of discovery material in such a case is not feasible if the case is to proceed in an orderly, timely manner.

4. Much of the discovery materials that may be relevant to issues raised in this case will be confidential in nature and not otherwise available to anyone other than the producing party. The sensitive nature of such information requires a protective order to adequately protect the legitimate interests of the party producing the information.

The Court finds that good causes exists for the entry of a protective order and that the order to be entered strikes a proper balance between the legitimate needs of the parties and the need for confidentiality as well as the need for disclosure to non-parties.

**IT IS HEREBY ORDERED:**

1) The Joint Stipulation for Confidentiality and Proposed Protective Order is **GRANTED**.

2) The Parties are directed to review Fed. R. Civ. P. 5.2 and Local Rule 5.2 and comply with the requirements set forth in these Rules.

**SO ORDERED.**

Dated: November ___, 2024      _____

FERNANDO L. AENLLE-ROCHA

U.S. DISTRICT JUDGE