# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Fabricant<br>PLAINTIFF(S)<br>v.<br>Sunset West Legal Group, PC et al<br>DEFENDANT(S). | CASE NUMBER:<br>2:24-cv-04264-FLA-MAA<br><br>**NOTICE TO FILER OF DEFICIENCIES<br>IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 11/14/24 | 42 | Joint STIPULATION for Protective Order |

**DOCKETING AND FORMATTING ERRORS:**

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☐ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected. Correct event to be used is _____
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: _____

**MOTION-RELATED ERRORS:**

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Section 6 of Judge Audero's Procedures requires that "[w]hen the parties submit a protective order, a redline in Microsoft Word format also shall be filed showing all differences between the submitted order and model order."
- ☐ Section 6 of Judge Audero's Procedures states: "Counsel is advised that the Court will not approve any protective order that eliminates or modifies Section 7.2 of the model protective order."
- ☑ Other: The protective order does not comply with Judge Audero's requirements.

**OTHER ERRORS:**

- ☐ Local Rule 83-2.5 no letters to the Judge Fed.
- ☐ R. Civ. P. 5 no proof of service attached
- ☐ Local Rule 7-1.1 no notice of interested parties
- ☐ Other: _____

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Dated: 11/15/24

Clerk, U.S. District Court

By: C. DELGADO
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A MAA (05/24)    NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT