# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Fabricant<br><br>PLAINTIFF(S)<br><br>v.<br><br>Sunset West Legal Group, PC et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cv-04264-FLA-MAA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 11/14/2024 | 42 | Joint STIPULATION for Protective Order |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 11/15/2024

By: _____
U.S. Magistrate Judge