# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT<br><br>Plaintiff(s),<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−04264−FLA−MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __12/6/2024__

Document No.:   __46__

Title of Document:   __"UNOPPOSED" motion to extend deadline to amend by plaintff__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Missing proposed order for the relief sought

Other:

As an alternative: 1) Prepare and e−file a formal Notice of Lodging as the main document...to be docketed ONLY under its specific event: Notice of Lodging; 2) to which the separate proposed order is submitted as a Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __December 6, 2024__     By: __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**