UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC d/b/a THE INJURY HELP NETWORK,<br><br>Defendants. | Case No.: 2:24-cv-04264-FLA-MAA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIMS AND AMEND AFFIRMATIVE DEFENSES [D.E. XX]** |

On January 31, 2025, Defendants filed a Motion for Leave to File Counterclaims and Amend Affirmative Defenses pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, seeking leave of this Court to file counterclaims and amend their pleadings to add an affirmative defense.

The Court, having considered the Motion and finding that permitting such leave would suit the interests of justice, hereby **GRANTS** the Motion and **ORDERS** that Defendants' proposed filing attached thereto as Exhibit "A" be docketed with the Court.

**IT IS SO ORDERED**.

Dated:_____, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge