# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−04264−FLA−MAA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 12/6/2024 | 46 | UNOPPOSED" motion to extend deadline to amend by plaintiff |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

  Hearing information is missing, incorrect, or not timely.
  The case number is incorrect or missing.
  Proposed document was not submitted or was not submitted as a separate attachment.

Dated: 1/31/2025        By: _____
                              United States District Judge