SHARON A. URIAS (SBN 180642)
*sharon.urias@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 480.306.5458

JEFFREY GILBERT (*admitted pro hac vice*)
*jeffrey.gilbert@gmlaw.com*
600 Brickell Avenue, Suite 3600
Miami, FL 33131
Telephone: 305.789.2761

*Attorneys for Defendants Sunset West Legal Group, PC and Quintessa LLC d/b/a The Injury Help Network*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC d/b/a THE INJURY HELP NETWORK,<br><br>Defendants. | Case No.: 2:24-cv-04264-FLA-MAA<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

- 1 -
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between Plaintiff Terry Fabricant ("Plaintiff"), and Defendants Sunset West Legal Group, PC ("Sunset") and Quintessa LLC d/b/a The Injury Help Network ("Quintessa") (collectively, the "Defendants"), by and through their respective counsel of record and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss all claims in this action with prejudice, with each party to this Stipulation to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 3, 2025                **GREENSPOON MARDER LLP**

 */s/ Jeffrey Gilbert*
Sharon A. Urias
Jeffrey Gilbert (*admitted pro hac vice*)

*Attorneys for Defendants Sunset West Legal Group, PC and Quintessa LLC d/b/a The Injury Help Network*

Dated: February 3, 2025                **OLIVER LAW CENTER, INC.**

 */s/ Dana J. Oliver, Esq.*
Dana J. Oliver, Esq.

*Attorney for Plaintiff and the Proposed Class*

Dated: February 3, 2025                **PERRONG LAW, LLC**

 */s/ Andrew Roman Perrong, Esq.*
Andrew Roman Perrong, Esq.

*Attorney for Plaintiff and the Proposed Class*

Dated: February 3, 2025                **PARONICH LAW, P.C.**

*/s/ Anthony Paronich, Esq.*
Anthony Paronich, Esq.

*Attorney for Plaintiff and the Proposed Class*

## ATTESTATION

I, Jeffrey Gilbert, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 3, 2025           */s/ Jeffrey Gilbert, Esq.*
                                  Jeffrey Gilbert, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2025, I caused the foregoing to be filed with the Clerk via the Court's CM/ECF system per Local Rule L.R. 5-3.2.1, which automatically generates a Notice of Electronic Filing sent by e-mail to all attorneys who have appeared in the case in this Court.

Dated: February 3, 2025           */s/ Jeffrey Gilbert, Esq.*
                                  Jeffrey Gilbert, Esq.