1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TERRY FABRICANT, individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

SUNSET WEST LEGAL GROUP, PC and QUINTESSA LLC d/b/a THE INJURY HELP NETWORK,

        Defendants.

Case No.:  2:24-cv-04264-FLA-MAA

Hon. Fernando L. Aenlle-Rocha

**ORDER APPROVING JOINT STIPULATION AND DISMISSING ACTION WITH PREJUDICE**

       The Joint Stipulation between Plaintiff Terry Fabricant and Defendants Sunset West Legal Group, PC and Quintessa LLC d/b/a The Injury Help Network is approved by this Court.

       This action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

       **IT IS SO ORDERED**.

Dated: _____          _____

                                 Hon. Fernando L. Aenlle-Rocha
                                 United States District Judge

- 1 -