JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11    TERRY FABRICANT,                          Case No. 2:24-cv-04264-FLA (MAAx)

12                         Plaintiff,           **ORDER DISMISSING ACTION**
                                                **[DKT. 51]**
13              v.

14
      SUNSET WEST LEGAL GROUP, PC,
15    *et al.*,

16                         Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1

1    On February 3, 2025, the parties filed a Joint Stipulation of Dismissal with

2  Prejudice ("Stipulation"), stipulating to dismiss the action pursuant to Fed. R. Civ. P.

3  41(a)(1)(A)(ii).  Dkt. 51.

4    Having considered the Stipulation and finding good cause therefor, the court

5  hereby ORDERS:

6        1.   All dates and deadlines governing this action are VACATED.

7        2.   The motion to file counterclaims and amend affirmative defenses, Dkt.

8             49, is DENIED as moot.

9        3.   The court DISMISSES the action with prejudice.

10

11    IT IS SO ORDERED.

12

13  Dated: February 4, 2025    _____

14                            FERNANDO L. AENLLE-ROCHA
                              United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2